FILED'11 JUN 14 12:20 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON FUENTES,

      Petitioner,

Case No. 1:10-cv-00150-CL

v.

MARK NOOTH,

**ORDER**

      Respondent.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I agree with Magistrate Judge Clarke that petitioner procedurally defaulted on five of his six claims, and that the remaining claim fails on the merits. Accordingly, I ADOPT the

1 - ORDER

Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#16) is adopted. The petition (#2) is denied and this action is dismissed.

IT IS SO ORDERED.

DATED this __14__ day of June, 2011.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER